UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES TAYLOR, | ) | 3:12-CV-0334-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 26, 2013 |
| | ) | |
| PAUL LESSARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a request for a writ of execution (#30).  Defendants opposed the request (#31) and provided proof of payment of settlement funds.  Therefore, plaintiff's request for a writ of execution (#30) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk